# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1638 | **DATE** | 05/21/07 |
| **CASE TITLE** | Whitehouse, et al vs. Piazza, et al | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached Memorandum Opinion and Order, Defendants' motions for costs [Doc. 154, 155, and 158] are all granted in part and denied in part. Piazza's motion for attorneys' fees and for Rule 11 sanctions [Doc. 160] is denied.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|